633 A.2d 504

IN THE MATTER OF SAMUEL KONIGSBERG,
AN ATTORNEY AT LAW.

November 3, 1993.

ORDER

This matter having been duly presented to the Court, it is ORDERED that SAMUEL KONIGSBERG of NOROOD, who was admitted to the bar of this State in 1981, and who was by Order of this Court dated May 28, 1993, suspended from the practice of law, retroactive to August 20, 1990, be restored to the practice of law, effective immediately.